**UNITED STATES of America,**
**Appellee,**

v.

**Eleanar PIMENTEL–MENDIOLA,**
**also known as Elias Moraila–**
**Cortez, Appellant.**

**No. 03–1954.**

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 6, 2004.

Decided Feb. 13, 2004.

Keith William Reisenauer, Nicholas W. Chase, Fargo, ND, for Plaintiff–Appellee.

Eleanar Pimentel–Mendiola, pro se, Ayer, MA, for Defendant–Appellant.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Eleanar Pimentel–Mendiola challenges the sentence imposed by the district court[*] after he pleaded guilty to illegal reentry. Pimentel–Mendiola's counsel has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), in which he argues Pimentel–Mendiola's 46–month term of imprisonment is excessive. This argument is unavailing. *See United States v. Woodrum,* 959 F.2d 100, 101 (8th Cir.1992). We have also reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no nonfrivolous issues for appeal.

We thus affirm the district court, and we grant counsel's motion to withdraw.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

* The Honorable Rodney S. Webb, United States District Judge for the District of North Dakota.